## McHENRY v. WALL et al.
### No. 5120.

Court of Appeal of Louisiana. Second Circuit.

Dec. 13, 1935.

A. L. Davenport, of Monroe, and Duncan S. Kemp, of New Orleans, for appellant.

Theus, Grisham, Davis & Leigh, of Monroe, for appellees.

TALIAFERRO, Judge.

The record in this case does not contain the judgment appealed from, although the minutes recite that one was signed dismissing the suit; nor is there in the record any note of evidence taken in the lower court.

In the absence of these essentials from the record, the case cannot be passed on by us. We are left no alternative but to dismiss the appeal, and it is so ordered.